AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CHEWY, INC.

*Plaintiff*

v.  Civil Action No. 0:22-cv-60238-DPG

ZACKERY RILEY

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Zackery Riley
5919 W. Braveheart Drive
Eagle, Idaho 83616**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Courtney B. Wilson, Esq.
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

s/ P. Curtis

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

Date: February 2, 2022

